IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                    CASE NO. 1:10CR27SPM

CABIOCH BONTEMPS
_____/

**DEFENDANT CABIOCH BONTEMPS**
**MOTION TO ADOPT CO-DEFENDANT'S MOTION**

The Defendant, CABIOCH BONTEMPS, requests the Court's permission to adopt the following motion and accompanying memorandum of law filed on behalf of Co-Defendant WILLY PAUL EDOUARD:

1. Defendant Edouard's Motion for Production of Transcripts of All Grand Jury Proceedings from Any and All Cases in Which Susan French Has Been a Member of the Prosecution Team When the Indictment Charged a Crime under 18 USC 1589. (Docket # 134).

2. The purpose for allowing the adoption is to avoid duplicitous motions and for the sake of judicial economy. This request is made in good faith and not for the purposes of unnecessary delay or harassment.

WHEREFORE, Defendant CABIOCH BONTEMPS respectfully requests the entry of an Order granting permission to adopt the above-mentioned motion and accompanying memorandum of law filed on behalf of Co-Defendant Willy Paul Edouard.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically furnished to: Frank Williams and Adriana Vieco, Assistant United States Attorneys, 300 E. University Avenue, Suite 300, Gainesville, Florida 32601; Lloyd Vipperman, 15 S.E. 7th Street, Gainesville, FL 32601; and to Huntley Johnson, 226 S.W. 2nd Street, Gainesville, FL 32601, on August 30, 2011

                                      Respectfully Submitted,

                                      RANDOLPH P. MURRELL
                                      Federal Public Defender

By: *s/Darren J. Johnson*
     Darren J. Johnson
     Assistant Federal Public Defender
     New York Bar No. 4056800
     101 S. E. 2nd Place, Suite 112
     Gainesville, FL 32601
     (352) 373-5823