IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                              CASE NO. 1:10CR27SPM

CABIOCH BONTEMPS
_____/

**DEFENDANT CABIOCH BONTEMPS**
**MOTION TO ADOPT CO-DEFENDANT'S MOTION**

The Defendant, CABIOCH BONTEMPS, through undersigned counsel, requests the Court's permission to adopt the following motion and accompanying memorandum of law filed on behalf of Co-Defendant WILLY PAUL EDOUARD:

1. Defendant Edouard's Motion to Suppress (Doc. # 186).

2. The purpose for allowing the adoption is to avoid duplicitous motions and for the sake of judicial economy. This request is made in good faith and not for the purposes of unnecessary delay or harassment.

WHEREFORE, Defendant CABIOCH BONTEMPS respectfully requests the entry of an Order granting permission to adopt the above-mentioned motion and accompanying memorandum of law filed on behalf of Co-Defendant Willy Paul Edouard.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically furnished to Assistant United States Attorney Frank Williams, 300 E. University Avenue, Third Floor, Gainesville, Florida 32601, Adriana Vieco and Roy Conn, Trial Attorneys, Civil Rights Division, U. S. Department of Justice, 601 D Street NW, Room 5542, Washington, DC 20530; Lloyd Vipperman,15 S.E. 7th Street, Gainesville, FL 32601; and to Huntley Johnson, 226 S.W. 2nd Street, Gainesville, FL 32601, on January 9, 2012

        Respectfully Submitted,

        RANDOLPH P. MURRELL
        Federal Public Defender

By: *s/Darren J. Johnson*
     Darren J. Johnson
     Assistant Federal Public Defender
     New York Bar No. 4056800
     101 S. E. 2nd Place, Suite 112
     Gainesville, FL 32601
     (352) 373-5823