IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 1:10CR27SPM

CABIOCH BONTEMPS
_____/

### DEFENDANT'S NOTICE OF OPPOSITION TO GOVERNMENT'S REQUEST TO TEMPORARILY SUSPEND THE COURT DESIGNATED TIMELINE TO FILE MOTION RESPONSES

The Defendant, CABIOCH BONTEMPS, through undersigned, hereby notices this Court of his opposition to the government's request to temporarily suspend the timeline set forth by this Court as it relates to pretrial motions and provides the following as background to this position:

1. Defendant Bontemps filed a Motion to Dismiss the Indictment on January 6, 2012, which complied with the Court's Order of December 28, 2011, which set filing and reply deadlines for motions to dismiss. *See* Docket Entry 179. Defendant Bontemps filed his motion under seal and electronically served a copy upon lead government counsel, Adriana Vieco on January 6, 2012.

2. The position of Mr. Bontemps is that the government should be required to respond to his pending motion to dismiss apart from whether or not a second superseding indictment will be returned.

WHEREFORE, Defendant CABIOCH BONTEMPS opposes the government's request to suspend the timelines set by this Court's previous Order.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically furnished to Assistant United States Attorney Frank Williams, 300 E. University Avenue, Third Floor, Gainesville, Florida  32601,  Adriana Vieco and Roy Conn, Trial Attorneys, Civil Rights Division, U. S. Department of Justice, 601 D Street NW, Room 5542, Washington, DC 20530;  Lloyd Vipperman,15 S.E. 7th Street, Gainesville, FL 32601; and to Huntley Johnson, 226 S.W. 2nd Street, Gainesville, FL 32601, on January 10, 2012

>Respectfully Submitted,
>
>RANDOLPH P. MURRELL
>Federal Public Defender
>
>By: *s/Darren J. Johnson*
>Darren J. Johnson
>Assistant Federal Public Defender
>New York Bar No.  4056800
>101 S. E. 2nd Place, Suite 112
>Gainesville, FL 32601
>(352) 373-5823